September 27, 2022

The Honorable John C. Coughenour,
United States District Court,
Western District of Washington

Re: Letter of Reference for Richard Reid

Dear Judge Coughenour,

Please allow me to introduce myself, my name is Dixon Andrews and I am a 37 year veteran of Law Enforcement, now retired, from the Portland metro area. This is the first time in my life where I have written a letter of support for someone that is presently in front of your court but in this particular case I am honored and humbled to write a letter of support on behalf of Mr. Richard Reid.

I have known Richard (Rick) Reid for over 15 years. I actually met him through his contact with my autistic son, Nick. As soon as I met Rick we hit it off. Rick and I shared many of the same values. We both believe in law and order, we believe in supporting our country and those in positions of authority, and we support our local communities.

After getting to know Rick our families became fast friends. I was around for the birth of both of Rick's children, Sam and Rebecca. Sam is now in middle school and Rebecca is in grade school. I have seen Rick and his wife, Melissa raise and mentor their children and they are both talented and gifted academically and have been raised with the same community values that both Rick and I hold dear. Rick has an amazing wife who is a dedicated, top notch educator.

I have been around Rick frequently and have never observed him to violate the laws of this land from driving rules, hunting and fishing, to the criminal laws of this land. As an example, Rick is an accomplished angler and I know that the rules are very technical. Rick is meticulous in keeping apprised of the current rules and regulations. I have found that if is not sure of a rule that he will take the time to research the law.

Rick is really an amazing person. He is kind, generous, a good husband and an amazing father to his two children. As I mentioned previously, I met Nick through my autistic son, who is an adult now. I also have a very intellectually impaired daughter and Rick is the type of person that I would, without hesitation, who I would trust the care of both of my children with.

Your Honor, I know you receive this type of letter in about every case you preside over so I would just want you to know that I speak from the heart in my affirmation to you that Richard (Rick) Reid is a good man and a good citizen.

Respectfully,

Dixon S. Andrews
1315 SE 13th Place
Canby, Oregon 97013

(503) 314-1007

October 8, 2022

3525 Overton View Ct.
Fort Worth, Texas. 76109

Judge John C. Coughenour,

I met Rick Reid about 10 years ago. He was a sales rep for a urine toxicity lab I began using on recommendation from a friend of mine. Our first meeting was at a dinner provided by the company. These dinners are usually sales jobs where the too-slick-for-his-own-good representative gives you the hard sell about why you should use their company. My initial impression was that Rick didn't quite belong in this environment, as he wasn't very slick and was much more straightforward than your typical sales rep. A few years later, he invited myself and several other physicians on a fishing trip at his home in Oregon. There, we bonded about our mutual love of the outdoors and spending time with our families. Rick has been a lifelong salmon fisherman and elk hunter-- two things we don't see much of in North Texas. He loves to pass on the skills needed to pursue these passions with his children and his friends. In comparison, I'll admit I am a mediocre fisherman and spend more time admiring the water and enjoying the conversation with my friend than actually catching fish.

Our business association ended about eight years ago, but our friendship continued. On subsequent visits, I've gotten to know his wife Melissa, their son Sam, and daughter Rebecca. Melissa is a brilliant Spanish teacher, and it doesn't take long to realize Rick married up. Sam is a talented young baseball player, loves to spend time on the boat with Rick, and is starting to pick up Rick's sarcastic wit. Rebecca has a fiery streak that reminds me of my own three girls. Four years ago, I suffered the sudden loss of my father and Rick called me 3 to 4 times a week over the next few months to see how I was doing and to lift my spirits. He didn't have much in the way of wisdom to offer; he was just a constant friend who wanted me to know he was there for me.

Next summer, I hope to take my family to the Oregon coast for an extended visit as Covid has delayed my summer trip to see him the last few years.

Please call me with any questions regarding this letter or my relationship with Rick.

Thank you,

William Moore, MD
817-889-4677

RICK PASS

92932 Settlers Point Road
Astoria, Oregon 97103

503-468-8377
DrRickPass@gmail.com

1 January 2023

Dear Honorable Judge John C. **Coughenour,**

This is an unsolicited character reference letter written on behalf of Richard (Rick) Reid.. I just want you to be aware of his family circumstances as you sentence him.

I have known Rick for the past few years. Rick, Melissa, his wife, and their two children, Sam (age 13) and Rebekah (age 11) are neighbors. We moved into our home in 1982 and were neighbors with Melissa's family, the Truax's. I was well acquainted with the them as both Melissa and her brother were students of mine at Knappa High School.

Melissa was a model student who earned straight "A's" and excelled in the performing arts. While teaching in the Canby School District, she met and married Rick, and they began their family. Now known as Melissa Reid, she and the family returned to live in the family home in the Knappa area after her parents' passing. She has been an outstanding teacher for many years at the same school where she attended elementary and high school.

It was here, in Knappa, I met Rick. My first acquaintance was seeing him at the high school athletic events. He seemed to attend all of them. Over time, we became friends. He regularly stops by my wood carving shop. Rick is always looking for ways to help. He consistently is offering to lend a hand, a piece of machinery or tool, and his time to be of service!

This positive attitude is shared throughout the neighborhood. Let me share a few examples.

Our community consists of 200 and less people. The Burnside Water District is run by volunteers. The chief among them is Richard Anderson, the water district maintenance person. In his mid 80's, he requires assistance digging, repairing, and putting in water services. Rick is the first to volunteer his services and help including assistance at Anderson's home with projects. The latest was repairing a window in his home.

My wife and I were preparing to build a decorative fence around the property. Rick was there with his tractor and post hole digger to drill 26 holes! He then lent me his Kobota to haul bags of concrete and fence posts while completing the project.

My sons' fence partially blew down during a recent wind storm. He was first to let him know it was damaged and then operated his tractor to help remove the post hole concrete and prepare the area for a new fence section.

It is for these reasons, Rick is affectionately been nicknamed "The Mayor" by my family. Rick is always looking to help someone and regularly visits many in the neighborhood.

During the Covid pandemic Rick played vital roles in assuring that at need children in the community had food. This is a service that is typically provided by the local school. As a result of Covid, in person instruction was not allowed thus creating a void for these children in need. Through the efforts of Rick and several others these vulnerable children were provided food.

Rick and Melissa's home is a regular gathering place for the Bethany Lutheran Church to hold BBQ's and functions. The school district's Outdoor School was held on their property.

A sentence including prison time would dramatically impact the family. Rick's spouse works full time as a teacher. The two children are in grades 6 and 7. Melissa's parents have passed and Rick's parents live 2-hours away. The Reid family will be relying on Melissa to work, prepare meals and complete household chores, mow and maintain a few acres of property, attend the children's school activities and so on. Rick, a parent and husband's love, care, and support will be sorely missed.

As a neighbor and family friend, my wife and I are here to assist.

Maybe the court can help when considering the best sentence.

Thank you for your consideration in this matter.

101 NW Baker Creek Road
McMinnville, OR 97128
September 28, 2022

Judge John C. Coughenour

RE: Richard Reid

Dear Judge Coughenour;

I have known Richard Reid for years. I know Richard, his wife and his children as friends in a social acquaintance in Astoria, Oregon. I have been to their home on multiple occasions. Richard and his family have been kind and generous to me. Mr. Reid is certainly not a physically dangerous person. I know him to commit his time are resources to his community in many ways and on many occasions. I know him to be devoted father and husband. He has been a trustworthy and a faithful friend to me.

Currently I am retired. I am a retired judge. I served as a judge for 21 years and prior to that served as a prosecutor in state courts in Oregon for 17 years. On limited occasions I have written support letters in the past. Some have been for friends seeking jobs, some for offenders seeking housing and entry into various programs. This is a first for me to write a letter for a person in Mr. Reid's circumstances. Please consider his positive actions and qualities as mitigating. They are genuine.

Very truly yours,

John T. Mercer

John T. Mercer